IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXAM, INC. | § | |
| Vs. | § | CIVIL ACTION NO. 2:03-CV-337 |
| DATASTREAM CARD SERVICES LIMITED, ET AL. | § | |

## ORDER

The plaintiff and defendant NetSpend Corporation have filed a stipulation of dismissal of defendant NetSpend Corporation (#8). It is therefore ORDERED that the plaintiff's claims against defendant NetSpend Corporation are dismissed without prejudice.

So **ORDERED** and **SIGNED** this 18th day of February, 2004.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE