IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC. | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | Case No. 2-03CV-337 |
| | § | JURY            WARD |
| FSV PAYMENT SYSTEMS, LTD., | § | |
| MBC DIRECT, LLC, NEXT ESTATE | § | |
| COMMUNICATIONS, INC., | § | |
| SIMON PROPERTY GROUP, INC., | § | |
| TRANSCEND LLC, WILDCARD | § | UNOPPOSED |
| SYSTEMS, INC., INTERACTIVE | § | |
| COMMUNICATIONS INTERNATIONAL, | § | |
| INC., ONE GLOBAL FINANCE, INC., | § | |
| GALILEO PROCESSING, INC., | § | |
| AMERICAN EXPRESS TRAVEL | § | |
| RELATED SERVICES COMPANY, INC., | § | |
| and ITC FINANCIAL SERVICES, LLC | § | |
| *Defendants*. | § | |

## AGREED MOTION TO EXTEND TIME FOR PLAINTIFF ALEXSAM, INC. TO RESPOND TO DEFENDANT GLOBETEL COMMUNICATIONS CORP.'S MOTION FOR ATTORNEY FEES

Plaintiff Alexsam, Inc. ("Alexsam") and Defendant GlobeTel Communications Corp. ("GlobeTel") move the Court to extend Alexsam's deadline to respond to Defendant GlobeTel's Motion for Attorney Fees. In support of this motion, Alexsam and GlobeTel state as follows:

1. GlobeTel filed their Motion for Attorney Fees on March 30, 2005.

2. Plaintiff requires additional time to respond to GlobeTel's Motion for Attorney Fees.

3.. The parties have agreed to extend the deadline for Plaintiff's response to GlobeTel's Motion for Attorney Fees to April 21, 2005.

Wherefore, premises considered, Alexsam and GlobeTel respectfully request that Alexsam's deadline to respond to GlobeTel's Motion for Attorney Fees be extended to April 21, 2005.

*Agreed Motion to Extend Time to Respond to Motion for Attorney Fees 13 April 2005, page  1*

                                    Respectfully submitted,

Dated:  April 13, 2005

                                  By: ____/s/ Randy J. McClanahan by permission SCC
                                        Randy J. McClanahan - Attorney In Charge
                                        State Bar No. 13391500
                                        randy@mcllp.com
                                        MCCLANAHAN & CLEARMAN, L.L.P.
                                        700 Louisiana, Suite 4100
                                        Houston, Texas 77002
                                        Telephone: (713) 223-2005
                                        Facsimile: (713) 223-3664

                                        Otis W. Carroll
                                        State Bar No. 03895700
                                        nancy@icklaw.com
                                        IRELAND, CARROLL & KELLEY, P.C
                                        6101 S. Broadway, Suite 500
                                        P.O. Box 7879
                                        Tyler, Texas 75711
                                        Telephone: (903) 561-1600
                                        Facsimile: (903) 581-1071

                                        Franklin Jones, Jr.
                                        State Bar No. 00000055
                                        maizieh@millerfirm.com
                                        JONES AND JONES, INC., P.C.
                                        201 West Houston Street
                                        P.O. Drawer 1249
                                        Marshall, Texas 75671-1249
                                        Telephone: (903) 938-4395
                                        Facsimile: (903) 938-3360

                                        S. Calvin Capshaw
                                        State Bar No. 03783900
                                        ccapshaw@mailbmc.com
                                        BROWN MCCARROLL, L.L.P.
                                        1127 Judson Road, Suite 220
                                        P.O. Box 3999
                                        Longview, Texas 75601-5157
                                        Telephone: (903) 236-9800
                                        Facsimile: (903) 236-8787

        John T. Polasek
        State Bar. No. 16088590
        tpolasek@pqelaw.com
        C. Dale Quisenberry
        State Bar No. 24005040
        dquisenberry@pqelaw.com
        Colin E. Errington
        State Bar No. 00796517
        cerrington@pqelaw.com
        POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
        6750 West Loop South, Suite 920
        Bellaire, Texas 77401
        Telephone: (832) 778-6000
        Facsimile: (832) 778-6010
        *Attorneys for Plaintiff*


        Respectfully submitted,


Dated:  April 13, 2005      By:   /s/  Alan M. Weisberg by permission SCC
        Alan M. Weisberg (Fla. Bar No. 0479349)
        Admitted Pro Hac Vice
        aweisberg@cwcip.com
        Allen D. Brufsky (Fla. Bar No. 133980)
        abrufsky@cwcip.com
        Admitted Pro Hac Vice
        Adam C. Underwood (Fla. Bar No. 0190926)
        Admitted Pro Hac Vice
        aunderwood@cwcip.com
        CHRISTOPHER & WEISBERG, P.A.
        200 East Las Olas Boulevard, Suite 2040
        Fort Lauderdale, Florida 33301
        (954) 828-1448 (Telephone)
        (954) 828-9122 (Fax)
        *Attorneys for Defendant GlobeTel Communications Corp.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail this 13th day of April, 2005.

        /s/ Randy McClanahan by permission SCC
      Randy J. McClanahan