IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALEXSAM, INC. § | |
| § | |
| *Plaintiff,* § | |
| vs. § | Case No. 2-03CV-337 |
| § | JURY          WARD |
| FSV PAYMENT SYSTEMS, LTD., § | |
| MBC DIRECT, LLC, NEXT ESTATE § | |
| COMMUNICATIONS, INC., § | |
| SIMON PROPERTY GROUP, INC., § | |
| TRANSCEND LLC, WILDCARD § | UNOPPOSED |
| SYSTEMS, INC., INTERACTIVE § | |
| COMMUNICATIONS INTERNATIONAL, § | |
| INC., ONE GLOBAL FINANCE, INC., § | |
| GALILEO PROCESSING, INC., § | |
| AMERICAN EXPRESS TRAVEL § | |
| RELATED SERVICES COMPANY, INC., § | |
| and ITC FINANCIAL SERVICES, LLC § | |
| *Defendants.* § | |

## AGREED MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiff Alexsam, Inc. ("Alexsam") and Defendants move the Court to extend Alexsam's deadline to respond to Defendants' Motion and Supporting Memorandum of Law to Compel Production of Documents. In support, Alexsam and Defendants show as follows:

1. Defendants filed their Motion to Compel and Supporting Memorandum on May 19, 2005.

3. The deadline for Alexsam to respond is June 3, 2005.

4. In order to properly brief and respond to the issues raised, Alexsam requests an additional week.

5. The parties have agreed to extend the deadline for Plaintiff's response to Defendants' Motion to Compel to June 10, 2005.

Wherefore, premises considered, Alexsam and Defendants respectfully request that Alexsam's deadline to respond to Defendants' Motion and Supporting Memorandum of Law to Compel Production of Document until June 10, 2005.

                              Respectfully submitted,

Dated: May 31, 2005

By:    /s/ Randy J. McClanahan/by permission SCC
Randy J. McClanahan - Attorney In Charge
State Bar No. 13391500
randy@mcllp.com
MCCLANAHAN & CLEARMAN, L.L.P.
700 Louisiana, Suite 4100
Houston, Texas 77002
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

Otis W. Carroll
State Bar No. 03895700
nancy@icklaw.com
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

Franklin Jones, Jr.
State Bar No. 00000055
maizieh@millerfirm.com
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@mailbmc.com
BROWN MCCARROLL, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

John T. Polasek
State Bar. No. 16088590
tpolasek@pqelaw.com
C. Dale Quisenberry
State Bar No. 24005040
dquisenberry@pqelaw.com
Colin E. Errington
State Bar No. 00796517
cerrington@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010
*Attorneys for Plaintiff*

Respectfully submitted,

Dated: May 31, 2005            By:  /s/ Tracy H. Crawford/by permission SCC
                                    Tracy H. Crawford, Attorney-in-Charge
                                    Texas Bar No. 05024000
                                    tcrawford@rameyflock.com
                                    RAMEY & FLOCK
                                    100 East Ferguson Street, Suite 500
                                    Tyler, TX 75702
                                    Phone: (903) 597-3301

                    Frank G. Smith, III
                    Georgia Bar No. 657550
                    fsmith@alston.com
                    Jennifer B. Moore
                    Georgia Bar No. 088128
                    jmoore@alston.com
                    Robert L. Lee
                    Georgia Bar No. 443978
                    rlee@alston.com
                    Elizabeth N. Kemmerer
                    Georgia Bar No. 413272
                    bkemmerer@alston.com
                    ALSTON & BIRD, LLP
                    1201 W. Peachtree Street
                    Atlanta, GA 30309-3424
                    Phone: (404) 881-7240
                    Fax: (404) 881-7777

                    *Attorneys for Defendant ITC*
                    *Financial Services, LLC and*
                    *on behalf of all Defendants*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail this 31st day of May, 2005.

                                       /s/ Randy J. McClanahan by permission SCC
                                       Randy J. McClanahan