✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  TEXAS

|  |  |
|---|---|
| AKEXSAM, INC.<br>V.<br>DATASTREAM CARD SERVICES,<br>ET AL. | **NOTICE**<br><br>CASE NUMBER:   2:03-CV-337(TJW) |

TYPE OF CASE:

    X   **CIVIL**           **CRIMINAL**

X   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>United States District Court<br>100 E. Houston<br>Marshall, TX 75670 | ROOM NO.<br>Judge T. John Ward's Courtroom |
|---|---|
|  | DATE AND TIME<br>June 28, 2005 @ 2:45 p.m. |

TYPE OF PROCEEDING

HEARING ON DEFENDANT'S MOTION TO COMPEL
[The Court will allow thirty (30) minutes per side.]

☐   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

|  |  |
|---|---|
|  | David J. Maland<br>U.S. MAGISTRATE JUDGE OR CLERK OF COURT |
| June 14, 2005<br>DATE | Sonja H. Dupree<br>(BY) DEPUTY CLERK |

TO:     ALL COUNSEL OF RECORD

**ACKNOWLEDGMENT**

  **NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 935-2295**, within three (3) days of your receipt of the enclosed notice.

  **I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty._____
                   Date
Print Name of Atty._____

Counsel for _____
      (Name of Party)

Type of Proceeding: _____
        (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____