IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC. | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | Case No. 2-03CV-337 |
| | § | |
| FSV PAYMENT SYSTEMS, LTD., | § | |
| MBC DIRECT, LLC, NEXT ESTATE | § | |
| COMMUNICATIONS, INC., | § | |
| SIMON PROPERTY GROUP, INC., | § | |
| TRANSCEND LLC, WILDCARD | § | |
| SYSTEMS, INC., INTERACTIVE | § | |
| COMMUNICATIONS INTERNATIONAL, | § | |
| INC., GLOBETEL COMMUNICATIONS | § | |
| CORP., ONE GLOBAL FINANCE, INC., | § | |
| GALILEO PROCESSING, INC., | § | |
| AMERICAN EXPRESS TRAVEL | § | |
| RELATED SERVICES COMPANY, INC., | § | |
| and ITC FINANCIAL SERVICES, LLC | § | |
| *Defendants*. | § | |

**PLAINTIFF ALEXSAM'S NOTICE OF SUPPLEMENTAL DISCLOSURES PURSUANT TO OCTOBER 5, 2004 AMENDED DISCOVERY ORDER**

Plaintiff, Alexsam, Inc. hereby notifies the Court that it served Supplemental Disclosures pursuant to the Court's October 5, 2004 Amended Discovery Order on July 8, 2005.

Respectfully submitted,

Dated: July 8, 2005         By:    /s/Randy J. McClanahan by permission SCC
                                   Randy J. McClanahan - Attorney In Charge
                                   State Bar No. 13391500
                                   randy@mcllp.com
                                   MCCLANAHAN & CLEARMAN, L.L.P.
                                   700 Louisiana, Suite 4100
                                   Houston, Texas 77002
                                   Telephone: (713) 223-2005
                                   Facsimile: (713) 223-3664

Franklin Jones, Jr.
State Bar No. 00000055
maiziek@millerfirm.com
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360

Otis W. Carroll
State Bar No. 03895700
nancy@icklaw.com
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@mailbmc.com
BROWN MCCARROLL, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

John T. Polasek
State Bar. No. 16088590
tpolasek@pqelaw.com
C. Dale Quisenberry
State Bar No. 24005040
dquisenberry@pqelaw.com
Colin E. Errington
State Bar No. 00796517
cerrington@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of July, 2005, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                 /s/ S. Calvin Capshaw
                 S. Calvin Capshaw