# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ALEXSAM, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 2:03-cv-00337-TJW** |
| *vs.* | § | |
| | § | |
| **FSV PAYMENT SYSTEMS LTD., MBC DIRECT, LLC, NEXT ESTATE COMMUNICATIONS, INC., SIMON PROPERTY GROUP, INC., TRANSCEND LLC, WILDCARD SYSTEMS, INC., INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC., ONE GLOBAL FINANCE, INC., GALILEO PROCESSING, INC., AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., and ITC FINANCIAL SERVICES, LLC.** | § § § § § § § § § § § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANT INTERACTIVE COMMUNICATIONS, INC.'S NOTICE OF APPEAL

Notice is hereby given that Interactive Communications International, Inc. ("InComm") appeals to the United States Court of Appeals for the Federal Circuit, pursuant to 28 U.S.C. § 1292, from the Memorandum Opinion and Order (Document No. 258) of this Honorable District Court, entered in this action on March 12, 2010, denying InComm's Motion to Enforce the Settlement Agreement and also denying InComm's Motion to Stay the Arbitration.

Respectfully submitted,


 /s/ J. Rodney Gilstrap
J. Rodney Gilstrap
State Bar No. 07964200

SMITH & GILSTRAP
P.O. Drawer A
Marshall, TX 75671
Telephone: (903) 938-8321
Facsimile: (903) 938-8331
E-mail: gilstrap1957@yahoo.com

Brian M. Buroker (admitted pro hac vice)
HUNTON & WILLIAMS LLP
1900 K Street NW
Washington, DC 20006
Telephone: (202) 955-1894
Facsimile: (202) 778-2201
E-mail: bburoker@hunton.com

Maya M. Eckstein (admitted pro hac vice)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8788
Facsimile: (804) 346-4630
E-mail: meckstein@hunton.com

Robin L. McGrath (admitted pro hac vice)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7923
Facsimile: (404) 253-8373
E-mail: robin.mcgrath@alston.com

**ATTORNEYS FOR DEFENDANT INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 17th day of March, 2010.

                                                        */s/ J. Rodney Gilstrap*
                                                        J. Rodney Gilstrap