# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

<u>NOTICE OF DOCKETING</u>

2010-1267 - ALEXSAM INC V INTERACTIVE COMM

**Date of docketing:** 03/26/2010

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 0? 2010

**Appeal from:** United States District Court / Eastern District of Texas
case no. 03-CV-0337

**Appellant(s):** Interactive Communications International, Inc

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. *(Due within 14 days of the date of docketing)* See Fed. Cir. R. 47.3.
- Certificate of interest. *(Due within 14 days of the date of docketing)* See Fed. Cir. R. 47.4
- Docketing Statement. *(Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal)* See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the <u>Guide for Pro Se Petitioners and Appellants</u>

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.275.8000.]
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel
- Informal brief form to pro se parties
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, Eastern District of Texas
    James J. Foster
    Brian M. Buroker

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT



Official Caption[1]

2010-1267

ALEXSAM, INC.,

        Plaintiff-Appellee,

v.

INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC.,

        Defendant-Appellant,

and

INTERACTIVE COMMUNICATIONS INC.,

        Defendant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 03-CV-0337, Judge T. John Ward.

Authorized Abbreviated Caption[2]

ALEXSAM INC V INTERACTIVE COMM, 2010-1267

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

AO-149 (6/88)

**2010-1267**

RECEIVED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS
APR 02 2010

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
Appeal Information Sheet

_X_ United States District Court for the Eastern District of Texas, Marshall Division
___ United States Court of International Trade
___ United States Claims Court

RECEIVED
MAR 26 2010
United States Court of Appeals
For The Federal Circuit

**Type of case:** Patent

**Alexsam Inc**            Vs    **FSV Payment Systems Ltd et al**
*Plaintiff(s)*                      *Defendant(s)*
See attached docket sheet for complete list of parties and attorneys.
(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, or other or opinion.)

Case No. 2:03cv337
Docket No. 258
Cross or related appeal? ___no___

Date of Judgment
Or Order: 03/12/10

Date of Notice
Of Appeal: March 17, 2010

Appellant is: ___Plaintiff   _X_ Defendant   ___Other (explain)_____

FEES:   Court of Appeals Docket Fee Paid?   _X_ Yes   ___ No
        U.S. Appeal?   ___ Yes   _X_ No
        In forma pauperis?   ___ Granted   ___ Denied   ___ Revoked
                             ___ Pending   ___ Never requested

COUNSEL

List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

Plaintiff:
James John Foster
Wolf Greenfield & Sacks
600 Atlantic Ave
Boston, MA 02210
617/646-8000

Defendant:
J Rodney Gilstrap
Smith & Gilstrap
P O Drawer A
Marshall, Texas 75671
903/938-8321

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAR 26 2010
JAN HORBALY
CLERK

COURT REPORTER (Name and telephone): Susan Simmons 903 935 2295

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.