IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL  DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC. | § | |
| | § | |
| V. | § | CIVIL NO. 2:03-CV-337(TJW) |
| | § | |
| DATASTREAM CARD SERVICE, ET AL. | § | |

---

ATTORNEY FOR PLAINTIFF:          (See attached sign-in sheet.)


ATTORNEY FOR DEFENDANT:          (See attached sign-in sheet.)


LAW CLERK:                    Emily Wood


COURTROOM DEPUTY:            Becky Andrews


COURT REPORTER:              Susan Simmons

---

**MARKMAN HEARING**
**June 2, 2010 @ 9:00 a.m.**

OPEN:  ___9:00_____                    ADJOURN:  ___10:40_____

---

Court opened.  Mr. Melissa Smith announced ready for plaintiff and introduced counsel seated at plaintiff's table.  Mr. Thad Heartfield announced ready for defendant and introduced counsel seating at defendant's table..

9:03 - Mr. Tim Maloney presented plaintiff's claims.

9:50 - Mr. Ed Pennington responded on behalf of defendants.

10:24 - Rebuttal by Mr. Maloney.

10:40 - Court adjourned.

# SIGN IN – Please Print

CASE NO. 2:07 cv 420

STYLE: Alexsam, Inc. v. IDT, Corp.

| Name of party | Name of attorney |
|---|---|
| TT | Melissa Smith |
| " | Tim Maloney |
| " | Steve Schroer |
| IDT Defendant | Ed Pennington |
| IDT | Sid Pandit |
| IDT | Tom Nagle |
| IDT | Thad Heartfield |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |